IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACOBIE L. THOMAS,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-468-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Jacobie Thomas's III's petition for a writ of habeas corpus under 28 U.S.C. § 2241.

| /s/ | 1/11/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |